## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07- **25- UNA** |
| | ) |
| ROBERT COTTMAN, III | ) |
| | )  **REDACTED** |
| Defendant. | ) |
| | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about February 18, 2007, in the State and District of Delaware, ROBERT COTTMAN, III, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a .22 caliber Rossi revolver, loaded with seven rounds of ammunition, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, Criminal Action Number IN97051195, all in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### COUNT TWO

On or about February 18, 2007, in the State and District of Delaware, ROBERT COTTMAN, III, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Smith and Wesson semi-automatic pistol, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware,

Criminal Action Number IN97051195, all in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

## COUNT THREE

On or about February 18, 2007, in the State and District of Delaware, ROBERT COTTMAN, III, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, ammunition, that is, 3 boxes of .22 caliber Remington ammunition, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, Criminal Action Number IN97051195, all in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offenses alleged respectively in Counts One, Two and Three of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of each respective offense, including but not limited to the following: (1) a .22 caliber Rossi revolver, (2) a Smith and Wesson semi-automatic pistol, and (3) 7

separate rounds of ammunition previously loaded in the above Rossi revolver and three boxes of Remington ammunition.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Seth Beausang
Assistant United States Attorney

Dated: February 27, 2007