IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-025 JJF |
| ROBERT COTTMAN, | : |
| Defendant. | : |

**ORDER**

WHEREAS, on May 3, 2007, the Court held a Scheduling Conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. An Evidentiary Hearing will be held on **Thursday, June 7, 2007, at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. A Jury Trial will commence on **Monday, July 30, 2007 at 9:30 a.m.**

May 31, 2007
DATE

UNITED STATES DISTRICT JUDGE



FILED
MAY 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE