IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No.  07-25-JJF |
| : | |
| ROBERT COTTMAN, : | |
| : | |
| Defendant. : | |

**DEFENDANT'S EX PARTE MOTION FOR ISSUANCE OF
WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Defendant, Robert Cottman, by and through his attorney, Edson A. Bostic, Esquire, Federal Public Defender for the District of Delaware, moves, Ex Parte, this Court for issuance of a Writ of Habeas Corpus Ad Testificandum.[1]

In support thereof, Mr. Cottman avers as follows:

1. On February 27, 2007, Mr. Cottman was indicted for being a felon in possession of a loaded firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1) and 924 (a) (2).

2. On February 17, 2007, Wilmington Police Department officers were patrolling in the area of 4th and Clayton Streets.  While at this intersection, officers observed a vehicle that was driven by

---

[1] The filing of this motion at this time results from the fact that Defendant had difficulty identifying and locating the witness.  Specifically, the Defendant had limited personal knowledge of the witness' correct name, and the government's discovery was redacted of all information pertaining to the driver of the car, including his name and address.  As such, it was only recently that Defendant was able to identify and locate this witness.

Josue Torres, an individual allegedly known to the officers. Mr. Cottman was a passenger in this vehicle.

3. The officers alleged that they conducted a traffic stop of the vehicle because Mr. Torres had a suspended or revoked driver's license. This traffic stop led to the seizure of Mr. Cottman's identification and an administrative search at Mr. Cottman's home.

4. At the June 7, 2007 Evidentiary Hearing, the officers are expected to testify that they recognized Mr. Torres and were aware of his license status. Mr. Cottman, however, plans to offer evidence to further support his Amended Motion to Suppress Evidence and Statements.

5. Defendant, upon information and belief, expects that Mr. Torres' testimony will contradict the police officers' testimony in several areas. Moreover, the Defendant believes that Mr. Torres' version of events will support the premise that the police violated his constitutional rights to be free from unreasonable searches and seizures.

6. Mr. Torres, however, is currently incarcerated at Howard R. Young Correctional Institution (Gander Hill) in Wilmington, DE.

7. Because Mr. Torres is an essential witness to Mr. Cottman's case, he respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to the United States Marshal for the District of Delaware and to the Warden for the Howard R. Young Correctional Institute (Gander Hill), directing that Mr. Torres be brought to testify before this Court at the June 7, 2007 Evidentiary Hearing at 2:00 p.m., and to be returned to the Warden for the Howard R. Young Correctional Institute (Gander Hill) at the conclusion of the hearing.

**WHEREFORE**, Mr. Cottman respectfully requests this Court to issue Writs of Habeas Corpus Ad Testificandum to the United States Marshal for the District of Delaware and to the Warden for the Howard R. Young Correctional Institute (Gander Hill), to bring Mr. Torres to testify before this Court at the June 7, 2007 Evidentiary Hearing at 2:00 p.m., and to be returned to the Warden for the Howard R. Young Correctional Institute (Gander Hill) at the conclusion of the hearing.

                                            Respectfully submitted,

                                            /s/
                                            Edson A. Bostic, Esquire
                                            Federal Public Defender

                                            Attorney for Robert Cottman

First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010

Dated: June 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | Criminal Action No. 07-25-JJF |
| | : | |
| ROBERT COTTMAN, | : | |
| | : | |
| Defendant. | : | |

**PETITION FOR WRIT OF
HABEAS CORPUS AD TESTIFICANDUM**

Your Petitioner, Robert Cottman, by and through his attorney, Edson A. Bostic, respectfully states:

1. On February 27, 2007, Mr. Cottman was indicted for being a felon in possession of a loaded firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1) and 924 (a) (2).

2. Josue Torres, SBI # 00271541, an essential witness relevant to Mr. Cottman's case, is currently a detainee of the State of Delaware at the Howard R. Young Correctional Institute (Gander Hill) in Wilmington, Delaware.

3. An Evidentiary Hearing in this case is scheduled in the District Court for the District of Delaware on Thursday, June 7, 2007 at 2:00 p.m.

**WHEREFORE**, Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Testificandum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institute (Gander Hill) directing that Mr. Josue Torres be brought to testify before this Court in a Evidentiary Hearing on June 7, 2007, at 2:00 p.m., and to be returned to the Warden for the Howard R. Young Correctional Institute (Gander Hill) at the conclusion of the hearing.

                                                Respectfully submitted,

                                                /s/
                                                Edson A. Bostic
                                                Federal Public Defender

Dated: June 5, 2007

       **IT IS SO ORDERED** this _____ day of _____, 2007.


                                                HONORABLE JOSEPH J. FARNAN, JR.
                                                United States District Court