IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-025 JJF |
| ROBERT COTTMAN, | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, on June 7, 2007, the Court continued the motion hearing held that date;

NOW THEREFORE, IT IS HEREBY ORDERED that a continuation of the motion hearing will be held on **Monday, July 9, 2007 at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 26, 2007
DATE

UNITED STATES DISTRICT JUDGE



FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE