IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : Criminal Action No. 07-25-JJF |
| ROBERT COTTMAN, | : |
| Defendant. | : |

**PETITION FOR WRIT OF
HABEAS CORPUS AD TESTIFICANDUM**

Your Petitioner, Robert Cottman, by and through his attorney, Edson A. Bostic, respectfully states:

1. On February 27, 2007, Mr. Cottman was indicted for being a felon in possession of a loaded firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1) and 924 (a) (2).

2. Josue Torres, SBI # 00271541, an essential witness relevant to Mr. Cottman's case, is currently a detainee of the State of Delaware at the Howard R. Young Correctional Institute (Gander Hill) in Wilmington, Delaware.

3. An Evidentiary Hearing in this case is scheduled in the District Court for the District of Delaware on Monday, July 9, 2007 at 1:30 p.m.

**WHEREFORE**, Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Testificandum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institute (Gander Hill) directing that Mr. Josue Torres be brought to testify before this Court in an Evidentiary Hearing on July 9, 2007, at 1:30 p.m., and to be returned to the Warden for the Howard R. Young Correctional Institute (Gander Hill) at the conclusion of the hearing.

Respectfully submitted,

/s/
Edson A. Bostic
Federal Public Defender

Dated: July 2, 2007

**IT IS SO ORDERED** this ___3___ day of ___July___, 2007.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court