UNITED STATES OF AMERICA )
                         :      RE: CR 07-25-JJF
DISTRICT OF DELAWARE     )

**THE PRESIDENT OF THE UNITED STATES OF AMERICA;**

To the Warden of the HOWARD R. YOUNG CORRECTIONAL FACILITY and to DAVID THOMAS, UNITED STATES MARSHAL his deputy and assistant.

GREETINGS:

YOU ARE HEREBY COMMANDED to have the body of one **JOSUE TORRES** detained in and at the HOWARD R. YOUNG CORRECTIONAL CENTER, WILMINGTON, DELAWARE under your custody, as it is said, under safe and secure conduct, to appear in the United States Courthouse in the City of Wilmington in said District, on the **9TH** day of **JULY, 2007** at **1:30 PM** to testify as an essential witness in an evidentiary hearing. Immediately after the said **JOSUE TORRES** has given HIS testimony, that you return the said **JOSUE TORRES** to the Warden of the HOWARD R. YOUNG CORRECTIONAL FACILITY under safe conduct.

And have you then and there this writ.

WITNESS the Honorable Joseph J. Farnan, Jr., Judge of the United States District Court for the District of Delaware, at Wilmington in said District, this 3rd day of July 2007

                                PETER T. DALLEO, CLERK

                                By: _____
                                         Deputy Clerk

FILED
JUL 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE