AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_for the_   DISTRICT OF _Delaware_

USA

**EXHIBIT AND WITNESS LIST**

v.

Robert COTTMAN    Case Number: 07 CR 25-JJF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Farnan | Robert J. Prettyman | Edson A. Bostic |
| TRIAL DATE(S) 6/8 Suppression Hearing | COURT REPORTER Heather Hawkins | COURTROOM DEPUTY RJP |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | | | | Margaret A. Bell |
| 1 | | 6/8 | ✓ | ✓ | Computer Screen Index # 372 Printout |
| 2 | | " | ✓ | ✓ | "    "    "   # 375  " |
| 3 | | " | ✓ | ✓ | Timeline - timestamps on Del JIS screens |
| 3A (Court Exhibit) | | Sealed | ✓ for ID ONLY | | |
| | 1 | " | ✓ | ✓ | Officer Fox's Report |
| | 10 | " | ✓ | | |
| W-2 | | " | | | Robert Fox |
| | 4 | " | ✓ | | State of DE Journal Tracking Sys. Screens |
| W-3 | | " | | | DuPont |
| 4 | | " | ✓ | ✓ | 6/5/07 redacted notes of radio transmissions |
| 5 | | " | ✓ | ✓ | Timeline re radio transmissions |
| 6a-1 | | " | ✓ | ✓ | Training certificates of Ptrs Off. DuPont |
| 7 | | " | ✓ | ✓ | Defendants' drug-related arrest record |
| 8 | | " | ✓ | ✓ but could be stricken thru post-hearing brfs. | Dfts Condition of Probation |
| 8 | x | " | ✓ | ✓ | Arrest Search Checklist |
| 10 | | " | ✓ | ✓ | Timeline combining Exs. 3 + 5 |
| W-4 | | | | | Cerminaro |
| W-5 | | | | | Diane Ardello |
| (Court Exhibit) | 18 | Sealed | ✓ | | Probation - Parole Guidelines |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages