# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-25-JJF |
| | ) | |
| ROBERT COTTMAN, III, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S REQUEST FOR SPECIAL VOIR DIRE

NOW COMES the United States of America, by and through its undersigned attorneys, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case:

1. Are you related to, or acquainted with, the defendant, Robert Cottman, III?

2. Are you related to, or personally acquainted with the defendant's counsel?

3. Are you related to, or personally acquainted with the Government's counsel or with any other employee of the Office of the United States Attorney for the District of Delaware?

4. Do you have any personal knowledge of this case, or have you read about it or heard it discussed, or have an opinion regarding it?

5. Do you know the following persons who may be witnesses in this case: Patrick Fyock, Robert Fox, William "Hank" Dupont, Richard Cerminaro, Joseph Sammons, Diane Iardella and Scott Curley?

6. This case involves charges against the defendant alleging that he committed the crimes of Possession of Firearms and Ammunition by a Felon, which allegedly occurred on

February 18, 2007, in Wilmington, Delaware. Is there anything about the nature of the charges that would prevent you from being an impartial juror?

7. Have you, or any close relative, ever been investigated by the Wilmington Police or the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives?

8. Have you previously served on a jury for a criminal case or on a grand jury?

9. Have you, a close friend, or relative ever been arrested for anything other than a minor traffic offense?

10. Have you ever testified in a criminal case?

11. Is there any other matter that you believe should be called to the Court's attention that would have some bearing on your qualifications or ability to sit as a juror or to render a fair and impartial verdict in this matter?

COLM F. CONNOLLY
United States Attorney

BY: *Robert J. Prettyman*
Robert J. Prettyman
Assistant United States Attorney

Dated:   July 18, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Criminal Action No. 07-25-JJF |
| | ) |
| ROBERT COTTMAN, III, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Theresa Jordan, an employee of the United States Attorney's Office for the District of Delaware, hereby certify that on the 18th day of July, 2007, I caused to be electronically filed **Government's Request for Special Voir Dire** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF and will be electronically transmitted to the following:

> Edson A. Bostic,  Esq.
> Federal Public Defender
> 704 King Street, Suite 110
> Wilmington, DE 19801

                                              /s/
                                    _____
                                    Theresa Jordan