UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 07-25-JJF |
| : | |
| ROBERT COTTMAN, : | |
| : | |
| Defendant. : | |
| : | |

**MOTION TO WITHDRAW COUNSEL**

**PLEASE** withdraw the appearance of Christopher Koyste, Esquire as attorney of record on behalf of Defendant, Robert Cottman, in the above-captioned matter.

Respectfully submitted,

 /s/ Edson A. Bostic
**EDSON A. BOSTIC, ESQUIRE**
Federal Public Defender

Attorney for Robert Cottman

Federal Public Defender's Office
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010

Dated: July 18, 2007