IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : Criminal Action No. 07-25-JJF
:
ROBERT COTTMAN, :
:
    Defendant. :
:

O R D E R

At Wilmington, this ⟨2⟩ day of July 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Amended Motion To Suppress Physical Evidence And Statements (D.I. 14) filed by Defendant, Robert Cottman is **DENIED**.

                                                   /s/ Joseph J. Farnan, Jr.
                                        UNITED STATES DISTRICT JUDGE