IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-025 JJF |
| ROBERT COTTMAN, | : |
| Defendant. | : |

**ORDER**

WHEREAS, the Court has been informed that the Defendant is prepared to enter a Plea in the above-captioned case;

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Jury Trial set for July 30, 2007 at 9:30 a.m. is **CANCELLED**.

2. A Rule 11 hearing will be held on **Monday, July 30, 2007 at 9:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3. The time between the date of this Order and July 30, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

July 24, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE