IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-25-JJF |
| | ) |
| ROBERT COTTMAN, III, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO AUTHORIZE THE UNITED STATES
AND DEFENSE COUNSEL ACCESS TO FEDERAL DETAINEE
FOR A VIDEOTAPED INTERVIEW FOR EDUCATIONAL, PROMOTIONAL
AND DETERRENCE PURPOSES**

The United States, by and through its attorneys Colm F. Connolly, United States Attorney for the District of Delaware and Robert J. Prettyman, Assistant United States Attorney, and the Defendant Robert Cottman, III, by and through his attorney, Edson Bostic, Esq., hereby respectfully request that this Honorable Court authorize the United States and defense counsel access to federal detainee Defendant Robert Cottman, III so that the Defendant may participate in a videotaped statement/interview that the United States and its employees may use for educational, promotional, deterrent and related purposes in support of law enforcement initiatives, including Operation FED UP, Project Safe Neighborhoods, and Operation Disarm. In support, the parties allege:

1. On July 30, 2007, the Defendant entered a conditional plea of guilty to Counts One, Two and Three of the Indictment in the above case. Counts One and Two of the Indictment charge the defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Count Three charges the defendant with being a felon in possession of ammunition, also in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The Defendant is awaiting sentencing.

2. The Defendant is currently detained federally on the above charges at the Salem County (New Jersey) Detention Center.

3. The United States and the Defendant have agreed that the Defendant will participate in a videotaped statement/interview at the Salem County Detention Center that may be used by the United States for educational, promotional and deterrent purposes in support of various law enforcement outreach initiatives including Operation FED UP, Project Safe Neighborhoods, and Operation Disarm programs, and the Defendant expressly consents to the above use.

4. The Defendant is seeking sentencing consideration based upon his participation in the videotaped statement/interview referenced in paragraph three of this Motion.

5. The Defendant's interview/statement is not for purposes of substantial assistance to the United States in the investigation and/or prosecution of other persons.

6. According to the United States Marshals Service, the Warden of the Salem County (New Jersey) Detention Center does not object to the above procedure.

7. The parties respectfully request that the Defendant's sentencing not be scheduled before November 2007 in order to provide sufficient time to arrange for the above-described interview/statement.

Wherefore the United States and the Defendant respectfully request that this Honorable Court authorize the United States and its employees and defense counsel, Edson Bostic, Esq., access to federal detainee Defendant Robert Cottman, III in Salem County (New Jersey) Detention Center so that the Defendant may participate in a videotaped statement/interview that the United States and its employees may use for educational, promotional, deterrent and like purposes in support of law enforcement initiatives, including Operation FED UP, Project Safe Neighborhoods, and Operation Disarm.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

_____
Edson Bostic, Esq.
Attorney for Robert Cottman, III

By _____ 9-14-07
Robert J. Prettyman
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-25-JJF |
| | ) |
| ROBERT COTTMAN, III, | ) |
| | ) |
| Defendant. | ) |

**ORDER AUTHORIZING THE UNITED STATES
AND DEFENSE COUNSEL ACCESS TO FEDERAL DETAINEE
FOR A VIDEOTAPED INTERVIEW FOR EDUCATIONAL, PROMOTIONAL
AND DETERRENCE PURPOSES**

For the above stated reasons, it is hereby Ordered this ___ day of September, 2007 that:

The United States and its employees and defense counsel, Edson Bostic, Esq., may have access to federal detainee Defendant Robert Cottman, III at Salem County (New Jersey) Detention Center on a date and time agreed to by the parties and officials at the Salem County Detention Center so that the Defendant may participate in a videotaped statement/interview that the United States and its employees may use for educational, promotional, deterrent and related purposes in support of law enforcement initiatives, including Operation FED UP, Project Safe Neighborhoods, and Operation Disarm.

                                                                               _____
                                                                               Honorable Joseph J. Farnan, Jr.
                                                                               United States District Court Judge
                                                                               District of Delaware