IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-25-JJF |
| | ) |
| ROBERT COTTMAN, III, | ) |
| | ) |
| Defendant. | ) |

ORDER AUTHORIZING THE UNITED STATES
AND DEFENSE COUNSEL ACCESS TO FEDERAL DETAINEE
FOR A VIDEOTAPED INTERVIEW FOR EDUCATIONAL, PROMOTIONAL
AND DETERRENCE PURPOSES

For the above stated reasons, it is hereby Ordered this 25 day of September, 2007 that:

The United States and its employees and defense counsel, Edson Bostic, Esq., may have access to federal detainee Defendant Robert Cottman, III at Salem County (New Jersey) Detention Center on a date and time agreed to by the parties and officials at the Salem County Detention Center so that the Defendant may participate in a videotaped statement/interview that the United States and its employees may use for educational, promotional, deterrent and related purposes in support of law enforcement initiatives, including Operation FED UP, Project Safe Neighborhoods, and Operation Disarm.

Honorable Joseph J. Farnan, Jr.
United States District Court Judge
District of Delaware