IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-25-JJF |
| | : | |
| ROBERT COTTMAN, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR VOLUNTARY WITHDRAWAL OF NOTICE OF APPEAL**

Defendant, Robert Cottman, by and through his undersigned counsel, Edson A. Bostic, Federal Public Defender, hereby moves this Court for an Order granting Defendant's Motion for Voluntary Withdrawal of Notice of Appeal.

In support of this motion, Mr. Cottman avers as follows:

1. On December 4, 2007, Defendant filed a Notice of Appeal with this Court.

2. Counsel has reviewed this matter with Mr. Cottman, including the issues which might be pursued on appeal. Counsel and Mr. Cottman have concluded that no relief can be obtained by proceeding with the appeal.

3. Mr. Cottman has prepared and signed a Motion for Voluntary Dismissal of Appeal Pursuant to F.R.A.P. 42(b) to be filed with the United States Court of Appeals for the Third Circuit.[1] However, since the Notice of Appeal has not yet been docketed with Court of Appeals, Defendant

---

[1] A copy of the signed Motion for Voluntary Dismissal of Appeal is attached as Exhibit "A".

respectfully requests that this Court permit the Notice of Appeal be withdrawn.

**WHEREFORE,** the Defendant, Robert Cottman, respectfully requests that this Court issue an Order granting withdrawal of the Notice of Appeal.

Respectfully submitted,

  /s/
Edson A. Bostic, Esquire
Federal Public Defender

Attorney for Robert Cottman

One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com


Dated:  December 7, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-25-JJF |
| | : | |
| ROBERT COTTMAN, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Unopposed Motion For Voluntary Withdrawal of Appeal;

**IT IS HEREBY ORDERED** this _____ day of _____, 2007,

Defendant's Motion is granted and the Notice of Appeal is hereby withdrawn.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court

# EXHIBIT A

Case 1:07-cr-00025-JJF    Document 41-3    Filed 12/07/2007    Page 1 of 4

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA, :
    Appellee

V. : APPEAL NUMBER _____

ROBERT COTTMAN, :
    Appellant

MOTION FOR VOLUNTARY DISMISSAL
OF APPEAL PURSUANT TO F.R.A.P. 42(b)

Robert Cottman, Appellant in the above-captioned action, by his counsel Edson A. Bostic, Federal Public Defender, District of Delaware, respectfully requests that the Court dismiss the appeal and states in support of this request:

1.    Robert Cottman was charged in Indictment, Criminal Action No. 07-25-JJF, with felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). After pleading guilty to the Indictment, Mr. Cottman was sentenced on November 15, 2007, to a term of time served, 3 years supervised release, and a special assessment of $300.00.

2.    Mr. Cottman subsequently filed a timely notice of appeal on December 4, 2007.

3.    Counsel has reviewed the record and consulted with Mr. Cottman on the

issues which might be pursued on appeal. Counsel and the appellant have concluded that no relief can be obtained by proceeding with the appeal.

4. Under Rule 42(b), an appeal may be dismissed upon motion of the appellant upon such terms as may be agreed upon by the parties or fixed by the Court. In addition, appellant is proceeding <u>in forma pauperis</u> and requests that the parties bear the costs.

**WHEREFORE,** Mr. Cottman, by his counsel, respectfully requests that the Court order Appeal Number _____ be dismissed pursuant to F.R.A.P. 42(b).

                                       Respectfully,

                                       EDSON A. BOSTIC
                                       Federal Public Defender
                                       One Customs House
                                       704 King Street, Suite 110
                                       Wilmington, DE 19801
                                       302-573-6010

I, Robert Cottman, hereby
consent to the dismissal of
Appeal Number _____
for the reasons stated in
the foregoing motion.

ROBERT COTTMAN

DATE: 12/7/07

2

## CERTIFICATE OF SERVICE

I, Edson A. Bostic, Federal Public Defender, District of Delaware, hereby certify that a copy of the attached Motion for Voluntary Dismissal of Appeal Pursuant to F.R.A.P. 42(b), has been served upon via first class United States mail to:

Robert J. Prettyman Esquire
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801

Robert Cottman

EDSON A. BOSTIC
Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
302-573-6010

DATE: 12/7/07