IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-25-JJF |
| ROBERT COTTMAN, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Unopposed Motion ForV oluntary Withdrawal of Appeal;

**IT IS HEREBY ORDERED** this ___10___ day of ___December___, 2007,

Defendant's Motion is granted and the Notice of Appeal is hereby withdrawn.

Honorable Joseph J. Farnan, Jr.
United States District Court



FILED

DEC 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE