UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 7-4565

USA

vs.

Cottman

Robert Cottman, Appellant

(Delaware District Criminal No. 07-cr-00025)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.



A True Copy
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

Clerk
United States Court of Appeals
for the Third Circuit

Date: January 8, 2008

cc:
    Robert J. Prettyman, Esq.
    Edson A. Bostic, Esq.